# United States District Court
# For The Western District of North Carolina
# Statesville Division

CURTIS LEE BLALOCK,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                          5:11CV5

MARK EAKER and TIM DAUGHERTY,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.

                                                         Signed: February 28, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court